Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorney for Plaintiff,
Ted L. Beckley

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ted L. Beckley, | ) Case No.: |
| Plaintiff, | ) **Complaint And Demand For Jury Trial** |
| v. | ) **(Unlawful Debt Collection Practices)** |
| Accounts Receivable Management, Inc., | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

Ted L. Beckley (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against Accounts Receivable Management, Inc. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Yavapai County, Prescott, Arizona.

7. Defendant is a collection agency with a business office located in Colorado Springs, Colorado.

8. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers and Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*.

## FACTUAL ALLEGATIONS

9. Defendant placed collection calls to Plaintiff from 866-932-6727 to 928-776-2418 seeking and demanding to speak with Virginia Johnson regarding an alleged debt.

10. Defendant demanded to speak with Virginia Johnson and Plaintiff advised that he was attorney in fact for her and that he handled her financial affairs.

11. Plaintiff tried to determine whether Defendant was seeking a different Virginia Johnson, due to the commonality of the name but Defendant hung up on Plaintiff during this conversation.

12. Plaintiff called Defendant back and while attempting to determine if Defendant was contacting the correct Virginia Johnson, Defendant became abusive and yelled that "this is not a game of twenty questions" and demanded "if Virginia is there put her on the damn phone!"

13. Despite Defendant's rude and abusive behavior, Plaintiff was able to verify Defendant had the wrong Virginia Johnson based on the incorrect partial social security number provided by Defendant.

14. When Plaintiff advised Defendant had the wrong Virginia Johnson, Defendant

disconnected the call.

15. Despite being advised Defendant had the wrong person, Defendant called Plaintiff again later the same week and again demanded to speak with Virginia Johnson.

16. Plaintiff had another conversation with another representative of the Defendant and detailed the same information already provided following which the Defendant argued with Plaintiff and then hung up on him.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, abuse, and oppress the Plaintiff;

    b. Defendant violated *§1692d(2)* of the FDCPA by using abusive language when speaking to Plaintiff; and

    c. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, Ted L. Beckley, respectfully requests judgment be entered against Defendant, Accounts Receivable Management, Inc, for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff, Ted L. Beckley, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED: May 12, 2010                KROHN & MOSS, LTD.


By: /s/Ryan Lee

Ryan Lee
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA
COUNTY OF YAVAPAI

Plaintiff, TED L. BECKLEY, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, TED L. BECKLEY, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 4-30-2010                          _/s/ Ted L. Beckley_
                                          TED L. BECKLEY

-5-

PLAINTIFF'S COMPLAINT