Ryan Lee, Esq. (SBN 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com

Attorneys for Plaintiff, TED BECKLEY

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| TED BECKLEY, | Case No.: 3:10-cv-08077-DKD |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| v. | |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC., | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, TED BECKLEY, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: June 28, 2010                                 KROHN & MOSS, LTD.


                                            By: /s/ Ryan Lee
                                                Ryan Lee
                                                Attorneys for Plaintiff
                                                TED BECKLEY